Susan D. Silveira SBN # 169630
Silveira Law Offices
2037 W. Bullard Avenue #311(mail only)
Fresno, CA 93711-1200
Phone (408) 265-3482
Fax (408) 265-7479
silveiralaw@earthlink.net

Attorney for Debtors
Johnny Albert Martinez
Rachel Leann-Correa Martinez

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JOHNNY ALBERT MARTINEZ | ) | CASE NO. 26-50636 |
| | ) | |
| RACHEL LEANN-CORREA MARTINEZ | ) | |
| | ) | Date: |
| | ) | Time: |
| Debtors | ) | Place: |
| | ) | |

**CERTIFICATE OF SERVICE BY MAIL**

I, the undersigned, certify:

I am a citizen of the United States and a resident of Fresno County, California. I am now, and at all times herein mentioned was, over the age of eighteen years and not a party to the above-captioned matter. My business address is 2037 W. Bullard Avenue #311, Fresno, CA 93711-1200.

On April 23, 2026, I served the following documents:

**Chapter 13 Plan**

by CERTIFIED, first-class United States mail, postage pre-paid, at <u>Fresno</u>, California, on the date noted below and addressed to those listed below which includes all parties entitled to receive regularly mailed notices. The Chapter 13 Trustee and US. Trustee will receive such notice upon the electronic filing of this document.

Case: 26-50636   Doc# 8   Filed: 04/23/26   Entered: 04/23/26 22:00:54   Page 1 of 2

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on April 23, 2026, at Fresno, California.

/s/ Susan D. Silveira

By Certified Mail:

Christiana Riley, CEO
Santander Consumer USA
75 State Street
Boston, MA 02109

By Certified Mail:

Christiana Riley, CEO
Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161-1245

By Certified Mail:

Santander Consumer USA
Agent for Service of Process-Henry Liwag
CT Corporation System
330 N. Brand Blvd. Ste 700
Glendale, CA 91203